UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                            Case No. 09-MC-50750

RICHARD A. SABO, JR.                              Honorable Robert H. Cleland
                                                  Honorable Marianne O. Battani
                                                  Honorable Gershwin A. Drain

_____/

ORDER DISMISSING WITHOUT PREJUDICE
PETITION FOR REINSTATEMENT

Before the court is a "Petition for Reinstatement," filed on November 30, 2012, by Petitioner Richard A. Sabo, Jr.  The petition was assigned to the undersigned panel, and the court set a hearing for Aprill 17, 2013.   Petitioner did not appear for the hearing.  Inasmuch as Petitioner appears to have elected to forego his petition for the time being,

IT IS ORDERED that the "Petition for Reinstatement" [Dkt. # 5] is DISMISSED WITHOUT PREJUDICE.

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

                                                      s/Marianne O. Battani
                                                      MARIANNE O. BATTANI
                                                      UNITED STATES DISTRICT JUDGE

                                                      s/Gershwin A. Drain
                                                      GERSHWIN A. DRAIN
                                                      UNITED STATES DISTRICT JUDGE

Dated:  May 8, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 8, 2013, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522